UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CARSON COOK AND NICOLE OLINKA COOK,<br><br>    Plaintiffs,<br><br>vs.<br><br>THOR MOTOR COACH, INC., BLUE DOG RV, and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No: 2:23-CV-00608-MCE-KJN |

**ORDER FOR CONSIDERATION OF THE FILING OF THE NOTICE OF DISMISSAL OF THE SIXTH CAUSE OF ACTION BY PLAINTIFF AGAINST DEFENDANT <u>FOR VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT</u>**

Good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Notice of Dismissal of the Sixth Cause of Action by Plaintiff Against Defendant for Violation of the Magnuson-Moss Warranty Act shall be, and hereby is, filed.

IT IS HEREBY ORDERED that the Sixth Cause of Action by Plaintiff Against Defendant for Violation of the Magnuson-Moss Warranty Act is hereby dismissed.

1

IT IS HEREBY ORDERED that by virtue of the fact that Plaintiffs have no longer pled a cause of action arising under the laws of the United States-specifically, a cause of action for violation of the Magnuson-Moss Warranty Act, 15 U.S.C. Section 2301, *et seq.,* removal to the US District Court is no longer proper.

IT IS HEREBY ORDERED that this case be remanded to the Superior Court of California, County of Placer under case number S-CV-0050019.

IT IS SO ORDERED.

Dated:  April 17, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER FOR CONSIDERATION OF THE FILING OF THE NOTICE OF DISMISSAL OF THE SIXTH CAUSE OF ACTION BY PLAINTIFF AGAINST DEFENDANT FOR VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT**